UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ALEXANDER RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:23-cv-02394-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

Plaintiff Javier Alexander Rodriguez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2024, the assigned magistrate judge screened plaintiff's second amended complaint in which plaintiff asserts only excessive use of force claims against the sole remaining defendant Decker, purportedly under both the Eighth and Fourteenth Amendments to the U.S. Constitution. (Doc. No. 16.) However, because plaintiff is a prisoner, not a pretrial detainee, the magistrate judge issued findings and recommendations recommending that to the extent plaintiff's claims are brought under the Fourteenth Amendment, those claims should be dismissed. (*Id.* at 1–2.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after

/////

1

service.  (*Id.* at 4.)  To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 25, 2024 (Doc. No. 16) are adopted in full;
2. This action shall proceed only on plaintiff's Fourth Amendment excessive use of force claims brought against defendant Decker;
3. All other claims brought by plaintiff in this action are dismissed; an
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **July 27, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2